No. 103. Norumbega Co. v. Bennett, Attorney General of New York, et al. Argued November 16, 1933. Decided December 4, 1933. Per Curiam: The decree of the District Court herein is reversed, and the cause is remanded to the District Court, as specially constituted, with directions to dismiss the bill of complaint for the want of jurisdiction, upon the ground that the allegations of the bill do not set forth a substantial federal question. Newburyport Water Co. v. Newburyport, 193 U.S. 561, 576, 579; Levering & Garrigues Co. v. Morrin, 289 U.S. 103, 105; Ex parte Poresky, ante, p. 30. Mr. Bernhard Knollenberg for appellant. Mr. John J. Bennett, Jr., Attorney General of

New York, and *Mr. Wendell P. Brown,* Assistant Attorney General, were on the brief for appellees.